# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 21, 2022

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 22-3211 | KEERUT SINGH, also known as KEITH SINGH,<br>Plaintiff - Appellant<br><br>v.<br><br>VIKRAM D. AMAR, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:22-cv-02252-SEM-EIL<br>Central District of Illinois<br>District Judge Sue E. Myerscough ||

The following are before the court:

1. **EMERGENCY MOTION TO PROCEED ANONYMOUSLY AND TO EXPEDITE BRIEFING SCHEDULE**, filed on December 21, 2022, by counsel for the appellant.

2. **PLAINTIFF-APPELLANT'S (SECOND) EMERGENCY MOTION FOR AN INJUNCTION PENDING APPEAL OR SUMMARY REVERSAL**, filed on December 21, 2022, by counsel for the appellant.

**IT IS ORDERED** that the motions are **DENIED**.

form name: **c7_Order_3J**    (form ID: **177**)