**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**
**-------------------------------------------------------X**
**KEERUT SINGH,**

             **Appellant,**

  **-against-**

**VIKRAM D. AMAR,** *et al.,*

             **Appellees.**
**-------------------------------------------------------X**

                                          **Civil Action No: 22-3211**

                                          **JOINT MOTION TO SEAL**

**PLEASE TAKE NOTICE** that Appellant and Appellees hereby jointly apply to the Court for an order: (i) sealing the Court Record in its entirety; and (ii) revising the caption in this matter to replace Appellant's legal name with the pseudonym "John Doe."

**PLEASE TAKE FURTHER NOTICE THAT** Appellant shall rely upon the accompanying Memorandum of Law. Appellant also submits a proposed form of Order with this Motion.

**Dated:** New York, New York
        May 2, 2023

                                          **NESENOFF & MILTENBERG, LLP**
                                          *Attorneys for Appellant*

                                          **By: /s/** *Andrew T. Miltenberg*
                                          **Andrew T. Miltenberg, Esq.**
                                          **Kristen Mohr, Esq.**
                                          **363 Seventh Avenue, Fifth Floor**
                                          **New York, New York 10001**
                                          **(212) 736-4500**
                                          amiltenberg@nmllplaw.com
                                          kmohr@nmllplaw.com

                                          **HUSCH BLACKWELL LLP**
                                          *Attorneys for Appellees*

                                          **By: /s/Michael Hayes**
                                          **Michael Hayes, Esq.**
                                          **120 S. Riverside Plaza**

**Suite 2200**
**Chicago, Illinois 60606**
**(312) 341-9830**
**michael.hayes@huschblackwell.com**