# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 3, 2023

*By the Court:*

| No. 22-3211 | KEERUT SINGH, also known as KEITH SINGH,<br>    Plaintiff - Appellant<br><br>v.<br><br>VIKRAM D. AMAR, et al.,<br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:22-cv-02252-SEM-EIL<br>Central District of Illinois<br>District Judge Sue E. Myerscough ||

Upon consideration of the **JOINT MOTION TO SEAL,** filed on May 2, 2023, by counsel for the parties,

**IT IS ORDERED** that the motion is **DENIED**. Retroactive anonymity is an oxymoron and it is never appropriate to seal entire appeals. The Supreme Court held in *U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership*, 513 U.S. 18 (1994), that settlement does not justify vacatur.

form name: **c7_Order_BTC**     (form ID: **178**)